TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-96-00684-CR

Ex Parte: Lawrence Michael Harrison, Appellant

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 299TH JUDICIAL DISTRICT

NOS. 0930285, 0930286, 0931482, 0955525, 0962429, 0962434, 0962436 & 0962439 

HONORABLE HUME COFER, JUDGE PRESIDING

PER CURIAM

 Appellant moves to dismiss his appeal from an order of the district court denying relief on
pretrial writ of habeas corpus. The motion is granted.

 The appeal is dismissed.

Before Justices Powers, Jones and Kidd

Dismissed on Appellant's Motion

Filed: March 20, 1997

Do Not Publish